UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDERS LAMAR ADAMS,

               Plaintiff,

    -against-

THE OFFICE OF THE DIRECTOR OF RISK
MANAGEMENT AT THE ZUCKER HILLSIDE
HOSPITAL AT THE LONG ISLAND JEWISH
MEDICAL CENTER; THE OFFICE OF THE
DIRECTOR OF RISK MANAGEMENT AT THE
CREEDMOOR PSYCHIATRIC CENTER;
GEORGETTE LOZIER; KEVIN LYNCH;
KATHY IVERSON; ANITA JAMES LAROSA;
NANCY ABBINANTI; BRIDGET CLYBURN;
BRIAN WOODRUFF; LOLA OCCHIOGROSSO;
LORAINE HINSON SPEARMAN; THE
DIRECTOR OF THE OFFICE OF DISCHARGE
PLANNING AT THE CREEDMOOR
PSYCHIATRIC CENTER; DR. BON C. COO;
MARK RUSS; CHANTAL WEINHOLD;
CHIEF FELTON AND DR. LESLIE ANTOINE,

               Defendants.
------------------------------------------------------------X

**ORDER**
**08 CV 3888 (DLI)(LB)**

**BLOOM, United States Magistrate Judge:**

By Order dated September 4, 2009, the Court directed counsel for the State defendants[1] to provide plaintiff with a copy of the 2007 Cullen decision from Supreme Court, Queens County. See docket entry 38. By letter dated September 16, 2009, counsel for the State defendants stated that Justice Cullen did not enter an order, however, defendants would obtain the minutes for any proceedings involving plaintiff while he was at Creedmoor. See docket entry 39. By letter dated November 3, 2009, plaintiff notified the Court that he is currently involuntarily hospitalized at Zucker Hillside Hospital and that he is concerned defendants will "tamper with the transcripts" and again requests a copy of the "May 22, 2007 Order." See docket entry 43. Defendants cannot provide plaintiff with a document they do not have or may not exist. However, to the extent that there are

---

[1] The Office of the Director of Risk Management at the Creedmoor Psychiatric Center, Lynch, Iverson, La Rosa, Spearman, The Director of the Office of Discharge Planning at the Creedmoor Psychiatric Center, Coo, Felton, and Antoine.

minutes from a May 22, 2007 court proceeding, defendants shall produce these to plaintiff by December 7, 2009.

By letter dated November 5, 2009, the private defendants[2] provided the following address where defendant Abbinanti may currently be served:

> Nancy Abbinanti
> Long Island Jewish Medical Center
> 270-05 76th Avenue
> Basement Room C-12
> New Hyde Park, New York 11040

See docket entry 45. The Clerk of Court is directed to prepare the necessary papers to have defendant Abbinanti served with process. The United States Marshals Service is directed to serve the summons and complaint on defendant Abbinanti at the above address.

SO ORDERED.

/S/
_____
LOIS BLOOM
United States Magistrate Judge

Dated: November 16, 2009
       Brooklyn, New York

---

[2] The Office of the Director of Risk Management at the Zucker Hillside Hospital at the Long Island Jewish Medical Center, Lozier, Clyburn, Woodruff, Occhiogrosso, Ross, and Weinhold.